the circumstances. (Article 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Griffith, J.) Present —Denman, P. J., Balio, Fallon, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REINALDO RODRIGUEZ, Appellant. [610 NYS2d 925] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Balio, Fallon, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE WEATHERS, Appellant. [610 NYS2d 926] —Judgment unanimously affirmed (see, People v Fratta, 83 NY2d 771). (Appeal from Judgment of Supreme Court, Monroe County, Doyle, J.— Sodomy, 1st Degree.) Present—Denman, P. J., Balio, Fallon, Doerr and Davis, JJ.

■ In the Matter of CHARLES KRAUSE, Appellant, v RAUL RUSSI, as Chairman of New York State Division of Parole, et al., Respondents. [610 NYS2d 926] —Appeal unanimously dismissed as moot (see, People ex rel. Southard v New York State Div. of Parole, 193 AD2d 991). Counsel's application to withdraw denied as unnecessary. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Article 78.) Present —Green, J. P., Pine, Lawton, Callahan and Boehm, JJ.

■ In the Matter of THOMAS RYAN, Appellant, v RAUL RUSSI, as Chairman of New York State Division of Parole, et al., Respondents. [610 NYS2d 926] —Appeal unanimously dismissed as moot (see, People ex rel. Southard v New York State Div. of Parole, 193 AD2d 991). Counsel's application to withdraw denied as unnecessary. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Article 78.) Present —Green, J. P., Pine, Lawton, Callahan and Boehm, JJ.

■ In the Matter of CHRISTOPHER LYLE, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of New York State Department of Correctional Services, et al., Respondents. [610 NYS2d 926] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Article 78.) Present—Denman, P. J., Green, Fallon, Callahan and Doerr, JJ.

■ WILLIE HILL, Respondent, v SONWILL DISTRIBUTORS,